**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000607
27-SEP-2021
07:55 AM
Dkt. 118 OAWST**

NO. CAAP-18-0000607

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

REBECCA BROOKE CORBY, Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF TRADEWINDS PLAZA,
BY AND THROUGH ITS BOARD OF DIRECTORS,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-2323)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of All Claims and Parties with Prejudice, filed September 15, 2021, by Defendant-Appellee Association of Apartment Owners of Tradewinds Plaza, the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed

with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, September 27, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge